STATE OF WISCONSIN and others, Appellants, vs. INDUS-
TRIAL COMMISSION and another, Respondents.

For the appellant State of Wisconsin: *Orland S. Loomis,*
attorney general, and *Mortimer Levitan,* assistant attorney
general.

For the appellant Clemens Janny: *Shannon & Cronin* of
Oconomowoc.

For the respondent Industrial Commission: *Fons,
Stoecker, Mietus & Fendryk* of Milwaukee.

For the respondent William Janny, Jr.: *Vilas L. Rasmus-
sen* of Oconomowoc.

*By the Court.*—Judgment affirmed.

*February 15, 1938.*

TANGNEY, Appellant, vs. F. F. MENGEL COMPANY and
others, Respondents.

For the appellant: *Grady, Farnsworth & Walker* of Port-
age.

For the respondents: *Bird, Smith, Okoneski & Puchner*
of Wausau.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on
April 12, 1938.